## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC HOLLIDAY, individually,<br><br>              Plaintiff,<br><br>vs.<br><br>AMERICAN CASUALTY CO READING,<br>PA, dba MARSH USA, INC., *et al*.,<br><br>              Defendant. | 2:11-cv-2089-GMN-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on May 4, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __22nd__ day of February, 2012..

_____
ROBERT J. JOHNSTON
United States Magistrate Judge