# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ERIC HOLLIDAY, individually, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-2089-GMN-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN CASUALTY CO READING, PA, dba MARSH USA, INC., *et al*., | ) ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on May 4, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  22nd  day of February, 2012..

_____
ROBERT J. JOHNSTON
United States Magistrate Judge