# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC HOLLIDAY,

    Plaintiff,

vs.

AMERICAN CASUALTY CO. OF READING, PA, et al.,

    Defendants.

Case No. 2:11-cv-02089-GMN-NJK

ORDER GRANTING EMERGENCY MOTION TO EXTEND DISCOVERY DEADLINES (DOCKET NO. 31)

Pending before the Court is Defendant's Emergency Motion to Extend Discovery Deadlines Pending Resolution of Defendant's Concurrent Motion to Dismiss. Docket No. 31. The deadline set by the Court for any responsive brief has passed and the Court received a telephone call from Plaintiff's attorney indicating that the motion would be unopposed. As the pending motion is unopposed and for good cause shown, the motion to extend the discovery deadlines is hereby **GRANTED**, the discovery deadlines set in this case are hereby vacated and will be re-set as necessary following the Court's resolution of the pending motion to dismiss (Docket No. 30).

IT IS SO ORDERED.

DATED this 29th day of January, 2013.

                                      NANCY J. KOPPE
                                      United States Magistrate Judge