# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HOLLIDAY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN CASUALTY CO. OF READING, PA, et al.,<br><br>　　　　　　Defendants. | Case No. 2:11-cv-02089-GMN-NJK<br><br>ORDER DENYING MOTION TO STRIKE (Docket No. 37) |

Pending before the Court is Defendant's motion to strike Plaintiff's opposition and to deem unopposed Defendant's motion to dismiss. Docket No. 37. The motion is hereby **DENIED**. Attorney E. Breen Arntz has already been added to the docket as an attorney of record and the Court construes his signature on Docket No. 36 to constitute a notice of appearance.

IT IS SO ORDERED.

DATED: February 21, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge