**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC HOLLIDAY, | ) |
|                 Plaintiff(s), | ) |
| vs. | ) |
| AMERICAN CASUALTY CO. OF READING, PA, | ) |
|                 Defendant(s). | ) |

Case No. 2:11-cv-02089-GMN-NJK

ORDER DENYING MOTION FOR STATUS CONFERENCE

(Docket No. 42)

      Pending before the Court is Defendant's motion for a status conference, asking the Court to set discovery deadlines.  Docket No. 42.  The Court previously vacated the discovery deadlines pending resolution of Defendant's motion to dismiss.  *See* Docket No. 33.  Now that the motion to dismiss has been resolved, the parties are hereby ORDERED to submit a joint proposal for new discovery deadlines, no later than August 20, 2013.  The Court will hold a status conference regarding the proposed dates only as necessary.  Accordingly, the motion for a status conference is **DENIED** as premature.

      IT IS SO ORDERED.

      DATED: August 14, 2013

                                      _____
                                      NANCY J. KOPPE
                                      United States Magistrate Judge