# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HOLLIDAY, | ) |
| Plaintiff(s), | ) Case No. 2:11-cv-02089-GMN-NJK |
| v. | ) **ORDER** |
| AMERICAN CASUALTY CO. OF READING, PA, | ) |
| Defendant(s). | ) |

On April 10, 2014, the Court conducted a settlement conference in this case. *See* Docket No. 56. The Court hereby SETS a status hearing for April 23, 2014, at 3:30 p.m. in Courtroom 3B. Counsel shall attend the hearing in person. The parties may appear telephonically. The parties shall call the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED

DATED: April 10, 2014

_____
Nancy J. Koppe
United States Magistrate Judge