# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HOLLIDAY, | ) |
| Plaintiff(s), | ) Case No. 2:11-cv-02089-GMN-NJK |
| v. | ) **ORDER** |
| AMERICAN CASUALTY CO. OF READING, PA, | ) |
| Defendant(s). | ) |

The Court has received a notice of settlement.  Docket No. 58.  Accordingly, the Court hereby **VACATES** the hearing set for April 23, 2014, at 3:30 p.m. in Courtroom 3B.  The parties shall submit dismissal paperwork no later than May 12, 2014.

IT IS SO ORDERED

DATED: April 18, 2014

_____
Nancy J. Koppe
United States Magistrate Judge